IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Marco Doda, DODA USA, Inc., and DODA COSTRUZIONE MACCHINE AGRICOLE, di Doda Aldo e C. snc,<br><br>         Plaintiffs,<br><br>vs.<br><br>Waste Management, Inc., WM Intellectual Property Holdings, LLC, Waste Management National Services, Inc., and James L. Denson, Jr.<br><br>         Defendants. | Case No. 17-CV-00604-GMS<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFFS' RESPONSE TO (I) DEFENDANTS' MOTION TO DISMISS COUNT IV OF THE COMPLAINT UNDER FED. R. CIV. P. 12(b)(1) OR 12(b)(6) AND (II) DEFENDANTS' MOTION TO DISMISS ALL COUNTS AGAINST WMI & DENSON, COUNTS II & III AGAINST WMIP, AND COUNTS I & IV AGAINST WMNS**

  Plaintiffs Marco Doda, DODA USA, Inc., and DODA Costruzione Macchine Agricole, di Doda Aldo e C. snc, ("Plaintiffs" or "DODA"), by their undersigned counsel, file this Response to (I) *Defendants' Motion to Dismiss Count IV of the Complaint Under Fed. R. Civ. P. 12(b)(1) or 12(b)(6)* and (II) *Defendants' Motion to Dismiss All Counts Against WMI & Denson, Counts II & III Against WMIP, and Counts I & IV Against WMNS* (collectively, the "Motions to Dismiss") (D.I. 15 & 17, respectively).

  On the date hereof, pursuant to Fed. R. Civ. P. 15(a)(1)(B), Plaintiffs filed with the Court the *First Amended Complaint* (D.I. 22), which renders the relief requested in the Motions to Dismiss as moot.

| | |
|---|---|
| Dated: July 31, 2017 | MORRIS JAMES LLP |

                                                                    */s/ Brett D. Fallon*
Brett D. Fallon (DE Bar No. 2480)
Mary B. Matterer (DE Bar No. 2696)
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801-1494
Telephone:  (302) 888-6800
E-mail:  bfallon@morrisjames.com
E-mail:  mmatterer@morrisjames.com

- and -

Donald Chance Mark, Jr. (Minn. Bar #67659)
Patrick J. Rooney (Minn. Bar #198274)
Tyler P. Brimmer (Minn. Bar #0392700)
FAFINSKI MARK & JOHNSON, P.A.
Flagship Corporate Center
775 Prairie Center Drive, Suite 400
Eden Prairie, MN  55344
Telephone:  (952) 995-9500
E-mail:  donald.mark@fmjlaw.com
E-mail:  patrick.rooney@fmjlaw.com
E-mail:  tyler.brimmer@fmjlaw.com

***Attorneys for Plaintiffs Marco Doda, DODA USA, Inc., and DODA Costruzione Macchine Agricole, di Doda Aldo e C. snc***