IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARCO DODA, DODA USA, INC., AND DODA COSTRUZIONE MACCHINE AGRICOLE, DI DODA ALDO E C. SNC,<br><br>Plaintiffs,<br><br>v.<br><br>WASTE MANAGEMENT, INC., WM INTELLECTUAL PROPERTY HOLDINGS, LLC, WASTE MANAGEMENT NATIONAL SERVICES, INC., and JAMES L. DENSON, JR.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 17-604 (GMS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' MOTION TO DISMISS COUNT I AGAINST WMI & WMNS AND COUNTS IV & V IN THEIR ENTIRETY UNDER FED. R. CIV. P. 12(b)(1) OR 12(b)(6)**

Defendants Waste Management, Inc. ("WMI"); WM Intellectual Property Holdings, LLC; Waste Management National Services, Inc. ("WMNS"); and James L. Denson, Jr., respectfully request that the Court dismiss Count I of the First Amended Complaint (D.I. 22 at 22–24) against WMI and WMNS under Fed. R. Civ. P. 12(b)(6) and Counts IV & V (*id.* at 26–29) in their entirety under Fed. R. Civ. P. 12(b)(1) for lack of subject matter jurisdiction, or in the alternative, under Fed. R. Civ. P. 12(b)(6) for failure to state a claim. The grounds for this motion are set forth in Defendants' Opening Brief submitted herewith.

                    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                    */s/ Megan E. Dellinger*

                    Karen Jacobs (#2881)
                    Megan E. Dellinger (#5739)
                    1201 North Market Street
                    P.O. Box 1347
                    Wilmington, DE 19899-1347
                    (302) 658-9200
                    kjacobs@mnat.com
                    mdellinger@mnat.com
                      *Attorneys for Waste Management, Inc.,*
                      *WM Intellectual Property Holdings, LLC,*
                      *Waste Management National Services, Inc., and*
                      *James L. Denson, Jr.*

OF COUNSEL:

David M. Stein
H. Josh Ji
GREENBERG GROSS LLP
650 Town Center Drive
Suite 1700
Costa Mesa, CA 92626

August 14, 2017
11238764

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2017, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on August 14, 2017, upon the following in the manner indicated:

| | |
|---|---|
| Brett D. Fallon<br>Mary B. Matterer<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE  19801-1494<br><br>*Attorneys for Plaintiffs Marco Doda, DODA*<br>*USA, Inc., and DODA Costruzione Macchine*<br>*Agricole, di Doda Aldo e C. snc* | *VIA ELECTRONIC MAIL* |
| Donald Chance Mark, Jr.<br>Patrick J. Rooney<br>Tyler P. Brimmer<br>FAFINSKI MARK & JOHNSON, P.A.<br>Flagship Corporate Center<br>775 Prairie Center Drive, Suite 400<br>Eden Prairie, MN  55344<br><br>*Attorneys for Plaintiffs Marco Doda, DODA*<br>*USA, Inc., and DODA Costruzione Macchine*<br>*Agricole, di Doda Aldo e C. snc* | *VIA ELECTRONIC MAIL* |

*/s/ Megan E. Dellinger*
Megan E. Dellinger (#5739)