**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

MARCO DODA, DODA USA, INC., and )
DODA COSTRUZIONE MACCHINE )
AGRICOLE DI DODA ALDO E C. SNC., )
                                         )
         Plaintiffs, )
                                           )
         v. )     C.A. No. 17-604 (GMS)
                                           )
WASTE MANAGEMENT, INC., WM )
INTELLECTUAL PROPERTY HOLDINGS, )
LLC, WASTE MANAGEMENT NATIONAL )
SERVICES, INC., and JAMES L. DENSON, )
Jr. )
                                           )
         Defendants. )

**STIPULATION AND [PROPOSED] ORDER**
**FOR DISMISSAL WITHOUT PREJUDICE OF CLAIMS I AND V OF THE**
**FIRST AMENDED COMPLAINT TO THE EXTENT THOSE CLAIMS RELATE**
**TO THE PENDING CHILD APPLICATION (THE '021 APPLICATION)**

        Plaintiffs Marco Doda, Doda USA, Inc., and Doda Costruzione Macchine Agricole di Doda Aldo e C. snc., (hereinafter, collectively "Plaintiffs") and Defendants Waste Management, Inc., WM Intellectual Property Holdings, LLC, Waste Management National Services, Inc., and James L. Denson, Jr., (hereinafter, collectively "Plaintiffs") (collectively all parties being referred to as the "Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

        WHEREAS, Plaintiffs have brought claims as part of their First Amended Complaint ("FAC") (D.I. 22) which, in part, seek to correct the inventorship/ownership pursuant to 35 U.S.C. § 256 (Count I), and/or declare unenforceable (Count V), U.S. Patent No. 8,926,841 (the '841 Patent"), and the application from which it issued, U.S. Patent Application No. 13/169,843 (the '843 Patent Application"), as well as any applications and patents issuing therefrom; and

1

WHEREAS, Defendants have disclosed that there is only one pending child application, U.S. Patent App. No. 15/435,021 (the "'021 Application" or the "pending child application") relating to the '841 Patent and the '843 Application; and

WHEREAS, Defendants brought a motion (D.I. 27) seeking dismissal of Counts I and V of Plaintiffs' FAC insofar as those claims sought to correct inventorship and/or declare unenforceable the '021 Application, on grounds that the District Court lacks subject matter jurisdiction to correct inventorship or address the enforceability of a pending patent application; and

WHEREAS, without waiving any argument, claim or defense relative to Counts I and V of the FAC in any other respect, the parties wish to stipulate to dismiss without prejudice Counts I and V of the FAC, but only to the extent they seek correction of inventorship, or declare unenforceable, the '021 Application.

IT IS HEREBY STIPULATED

Plaintiffs Marco Doda, Doda USA, Inc., and Doda Costruzione Macchine Agricole di Doda Aldo e C. snc., and Defendants Waste Management, Inc., WM Intellectual Property Holdings, LLC, Waste Management National Services, Inc., and James L. Denson, Jr., subject to the approval of the Court, hereby stipulate that Counts I and V of the FAC may be, and hereby are, dismissed <u>without prejudice</u>, but only to the extent those Counts seek correction of inventorship, or declare unenforceable, the '021 Application.  The Parties further stipulate that this dismissal is without an award of costs to either party, and without waiver by any party of any other argument, claim or defense relative to Counts I and V of the FAC, and specifically without any waiver by any party of any other argument, claim or defense relative to the inventorship, ownership, enforceability or validity of the '841 Patent or the '843 Application.

2

Dated: August 25, 2017

MORRIS JAMES LLP

___/s/ Brett D. Fallon_____
Brett D. Fallon (DE Bar #2480)
Mary B. Matterer (DE Bar #2696)
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801-1494
Telephone:  (302) 888-6800
Email:  bfallon@morrisjames.com
E-mail:  mmatterer@morrisjames.com

- and -

Donald Chance Mark, Jr.
(Minn. Bar #67659)
Patrick J. Rooney (Minn. Bar #198274)
Tyler P. Brimmer (Minn. Bar #0392700)
FAFINSKI MARK & JOHNSON, P.A.
Flagship Corporate Center
775 Prairie Center Drive, Suite 400
Eden Prairie, MN  55344
Telephone:  (952) 995-9500
Email:  donald.mark@fmjlaw.com
Email:  patrick.rooney@fmjlaw.com
Email:  tyler.brimmer@fmjlaw.com

*Attorneys for Plaintiffs Marco Doda,
DODA USA, Inc., and DODA Costruzione
Macchine Agricole, di Doda Aldo e C. snc*

MORRIS, NICHOLS, ARSHT & TUNNELL
LLP

___/s/ Karen Ann Jacobs_____
Karen Ann Jacobs (DE Bar #2881)
Megan E. Dellinger (DE Bar #5739)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE  19899-1347
Telephone:  (302) 351-9227
Email:  kjacobs@mnat.com
Email:  mdellinger@mnat.com

- and -

David M. Stein
H. Josh Ji
GREENBERG GROSS LLP
650 Town Center Drive, Suite 1700
Costa Mesa, CA  92626
Telephone:  (949) 383-2800
Email:  dstein@ggtriallaw.com
Email:  jji@ggtriallaw.com

*Attorneys for Defendants Waste
Management, Inc., WM Intellectual Property
Holdings, LLC, Waste Management National
Services, Inc., and James L. Denson, Jr.*

SO ORDERED this ___ day of _____, 2017.

_____
The Honorable Gregory M. Sleet

3