# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARCO DODA, DODA USA, INC., DODA COSTRUZIONE MACCHINE AGRICOLE, DI DODA ALDO E C. SNC, <br><br> Plaintiffs, <br><br> v. <br><br> WASTE MANAGEMENT, INC., WM INTELLECTUAL PROPERTY HOLDINGS, LLC, WASTE MANAGEMENT NATIONAL SERVICES, INC., AND JAMES L. DENSON, JR., <br><br> Defendants. | C.A. No. 17-604-CFC-SRF |

## JOINT STATUS REPORT

The Parties jointly submit this status report addressing the questions posed by the Court at the October 6th status conference regarding the upcoming trial.

**Trial Date**.  Plaintiffs would like to proceed in-person to trial as currently scheduled on December 6, 2021, which Defendants do not oppose.  Plaintiffs are hopeful that the travel restrictions impacting two of Plaintiffs' witnesses will be lifted by November.  However, given the uncertainty, Plaintiffs respectfully request a status teleconference in early November should such restrictions remain in place.

**Bench Trial.**  Plaintiffs confirmed their agreement to waive their right to trial by jury on the contract claims.  The Parties agree that all claims can be resolved by the Court in a bench trial.

**Magistrate Judge**.  The parties did not reach agreement to consent to a magistrate judge presiding over trial at this time.

|  |  |
|---|---|
|  | Respectfully submitted, |
| POTTER ANDERSON & CORROON LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| By: */s/ David E. Moore*<br>    David E. Moore (#3983)<br>    Bindu A. Palapura (#5370)<br>    Stephanie E. O'Byrne (#4446)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE  19801<br>    Tel:  (302) 984-6000<br>    dmoore@potteranderson.com<br>    bpalapura@potteranderson.com<br>    sobyrne@potteranderson.com | By: */s/ Megan E. Dellinger*<br>    Karen Jacobs (#2881)<br>    Megan E. Dellinger (#5739)<br>    Sarah E. Simonetti (#6698)<br>    1201 North Market Street<br>    P. O. Box 1347<br>    Wilmington, DE  19899-1347<br>    Tel:  (302) 658-9200<br>    kjacobs@mnat.com<br>    mdellinger@mnat.com<br>    ssimonetti@mnat.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

Dated:  October 11, 2021
7426922 / 49677